**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

**SHAYAN KAHHAL**

        **Petitioner,**

  **v.**
                                  **CIVIL No. 2:26cv390**

**PAMELA J. BONDI, et al.,**

        **Respondents.**

## FINAL ORDER

Before the court is a Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241. In his Petition, Petitioner seeks his immediate release because his removal is not reasonably foreseeable, and his continued detention violates his federal constitutional rights. ECF No. 1 at 6–10.

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), Federal Rule of Civil Procedure 72(b) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia. The Magistrate Judge's Report and Recommendation filed June 23, 2026, recommends that the Petition be granted, and that Petitioner be immediately released from custody. ECF No. 11. It also recommends that Petitioner's Motion to Stay, ECF No. 7, be denied. Id. Respondents timely filed an Objection to the Report and

Recommendation, ECF No. 13.  Petitioner filed a Response to Respondents' Objection.  ECF No. 14.[1]

Having reviewed the record and examined the Respondents' Objection to the Report and Recommendation and Petitioner's Response to the Objection, and having made de novo findings with the portions objected to, the court **ADOPTS** and **APPROVES** the findings and recommendations set forth in the Report and Recommendation, ECF No. 11.  It is therefore **ORDERED** that the Petition, ECF No. 1, is **GRANTED,** and that Petitioner be released from custody under reasonable conditions of supervision, and that Petitioner's Motion to Stay, ECF No. 7, is **DENIED.** It is further ordered that judgment be entered in favor of Petitioner.

The Clerk is **DIRECTED** to forward a copy of this Final Order to Petitioner and counsel of record for Respondents.

It is so **ORDERED**.

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

August 12 , 2026

---

[1] Notably, Petitioner's Response to the Objection does not address Respondents' arguments. Rather, Petitioner requests additional relief beyond immediate release, including that the court order specific conditions of his release and and impose conditions on Respondents for any potential future re-detention of Petitioner. See ECF No. 14 at 2. The court finds that these additional requests for relief are inappropriate at this juncture. Accordingly, the court **DENIES** the additional requests for relief set forth in Petitioner's Response, ECF No. 14 at 2.